AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JAN 23 PM 2:00

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:17MJ294
)
2008 Maroon, Kia Spectra, bearing Washington License )
Plate BCU5781, VIN: KNAFE122885582571 )

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location):*

2008 Maroon, Kia Spectra, bearing Washington License Plate BCU5781, VIN: KNAFE122885582571

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 30, 2017 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Susan M. Bazis _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  8-17-17 at 4:58pm       *Susan M Bazis*
                                                *Judge's signature*

City and state:   Omaha, Nebraska           Susan M. Bazis, United States Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 8:17MJ294 | Date and time warrant executed: 08/17/2017 5:00 pm | Copy of warrant and inventory left with: Residence of 2924 S. 18th Street, Omaha, NE |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

No items were seized from the Kia Spectra. This warrant was served in conjunction with the search warrant under Case No.: 8:17MJ288.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/23/2019

*Executing officer's signature*

SA Jason Black
*Printed name and title*

## ATTACHMENT A

Evidence of a violation or violations of 21 U.S.C. §§ 841, 846 (conspiracy to distribute and possess with intent to distribute controlled substances; 18 U.S.C. § 1956 (money laundering), including the following:

a. Methamphetamine, cocaine and any other illegal contraband and controlled substances.

b. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

c. Address and telephone books and papers reflecting names, addresses or telephone numbers.

d. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashiers checks, receipts, pass books, bank checks and any other items evidencing the obtaining, secreting, transfer, or concealment of assets in the obtaining, secreting, transfer, concealment or expenditure of money.

e. Purchase agreements, rental agreements, tax records, financial documents, to include but not limited to receipts, invoices, bills, ledgers, journals and other records related to income, expenditures and the purchase or sale of assets.

f. Brokerage account statements, investment related records, other documents and items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money.

g. Electronic equipment, such as cellular telephones, computers, telex machines, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, and any information stored in memory or contained in any related hardware and software.

h. United States currency, precious metals, jewelry and financial instruments, including but not limited to, stocks and bonds.

i. Photographs, in particular, photographs of conspirators, of assets, or of controlled substances, and other documents identifying associates and conspirators.

j. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including but not limited to, scales and baggies.

k. Indicia of occupancy, residency, or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes, and keys.

l. Firearms

m. Any locked or closed containers believed to contain any of the above listed evidence.